Certificate Number: 02114-DC-CC-004885029

## CERTIFICATE OF COUNSELING

I CERTIFY that on 09/11/08, at 11:30 o'clock AM EST, ANA ORELLANA received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Columbia, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

Date: 09-11-2008         By       /s/SAMARA GONZALEZ

                          Name     SAMARA GONZALEZ

                          Title    Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Case 08-00713    Doc 4    Filed 10/30/08    Entered 10/30/08 14:54:03    Desc Main
                    Document      Page 2 of 2