# United States Bankruptcy Court
### District of District of Columbia

In re __Ana Evelyn Orellana__ 

Debtor(s)

Case No. _____

Chapter __7__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Ana Evelyn Orellana__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition. I was self-employed. Attached is a Verification of Income.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __October 29, 2008__

Signature __/s/ Ana Evelyn Orellana__

Ana Evelyn Orellana
Debtor

# Verification of Income

Ana Evelyn Orellana
1129 Fairmont Street, NW
Washington, DC 20009

October 29, 2008

Edward Gonzalez, PC
2405 Eye St, NW Suite 1A
Washington, DC  20037

Dear Mr. Gonzalez,

    I am providing this letter to verify my income as I have no other income documentation available to me.

    I am self-employed and owner of Orellana Market, LLC. The frequency of my pay varies on a monthly basis. Below is the amount I paid myself in the last six (6) months.

| Month | Amount Earned |
|---|---|
| April | $800.00 |
| May | $800.00 |
| June | $800.00 |
| July | $800.00 |
| August | $800.00 |
| September | $0.00 |

    I understand that this information is subject to verification. I certify that the information presented in this letter is true and correct to the best of my knowledge and belief.

Sincerely,

*[signature]*

Ana Evelyn Orellana